STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Patrick Shaw McGoey
Schonekas, Evans, etc.
909 Poydras, Suite 1600
New Orleans LA 70112

Jacob K. Weixler
Schonekas, Evans
909 Poydras Street, Ste 1600
New Orleans LA 70112

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 4, 2019

**REHEARING ACTION: December 4, 2019**

**Docket Number: 19   00204-CA consolidated with 205-CA**

**GBB PROPERTIES TWO, LLC, ET AL.**
**VERSUS**
**THE INDUSTRIAL DEVELOPMENT BOARD**
**OF PARISH OF LAFAYETTE, LA INC.**

**Appealed from Lafayette Parish Case No. 20185659**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Phyllis M. Keaty**
> **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **GBB Properties Two, LLC** and **DBR Properties, LLC** has this

day been

> **DENIED.**

cc: Brent Bennett Barriere, Counsel for the Appellee
    Rickey Wayne Miniex, Counsel for the Appellee
    Degan Skylar Rosenbloom, Counsel for the Appellee
    Frank X. Neuner, Jr,, Counsel for the Appellee